

**Police Department**
James K.I Durr
Chief of Police
(615) 849-2673
kdurr@murfreesborotn.gov

**City of MURFREESBORO**
TENNESSEE
Creating a better quality of life

**April 13, 2017**

Officer Alhafiz Karteron
Murfreesboro Police Department
302 South Church Street
Murfreesboro, TN 37130



EXHIBIT
1

Re: Notice of Termination

Dear Officer Karteron:

The City hired you as a Police Officer on November 14, 2016. Pursuant to City policy, new employees are probationary for the first twelve (12) months following employment. As a probationary employee you are an "at-will" employee which means you may be terminated without cause. You are hereby terminated effective immediately. Your last paid day will be today, April 13, 2017.

As an "at-will" probationary employee, I am not required to provide you with a reason for termination. However, I am outlining the reasons for this decision. Subsequent to your graduation from the Tennessee Law Enforcement Training Academy, we received a complaint concerning your involvement in a violent incident that occurred in 2008. The complaint alleged that you were charged with assault from which the victim sustained serious bodily injury and that you served ninety (90) days in jail. A review of your background revealed you self-disclosed to the investigator you had a charge of simple assault in your past which had been expunged from your records.

Further investigation revealed, however, that the original charge was for aggravated assault. You also confirmed that this charge was pled down to simple assault, that you served ninety (90) days in a correctional facility, and that your record was expunged after completing probation. Had this information been fully disclosed during the hiring process, we would not have offered you a conditional letter of employment. In addition, we would have been required to obtain a waiver from the Police Officer Standards and Training Commission (POST) of its pre-employment before you could be POST certified. Specifically, POST would have had to waive the following standard (*Tenn. Rule & Reg. 1110-02-.03 (1) (d)*):

> *[Full-time commissioned law enforcement officers must] not have been convicted of or pleaded guilty to or entered a plea of nolo contendere to any felony charge or to any violation of any federal or state laws or city ordinances relating to force, violence,*

*theft, dishonesty, gambling, liquor and other alcoholic beverages or controlled substances.*

Due to the nature of the incident, had we known this information, we would have not applied for a waiver.

In addition, the POST Commission regulations, specifically Tenn. Rule & Reg. 1110-02-.04, require that we notify the POST Commission of your termination to the Commission due to the violation of pre-employment standards.

Based upon a review of the facts and circumstances involving this incident, I have decided to terminate your employment as a police officer trainee with the City of Murfreesboro, effective immediately. This action is authorized under Section 3002 of the City of Murfreesboro Employee Handbook, entitled "Disciplinary Procedures and Grounds." Subsection (d) of that policy states:

> *(d) Probationary, part-time or seasonal employees may be disciplined or terminated by a department or section head or designee, or by the City Manager or designee. While no such probationary, part-time or seasonal employee has any entitlement to ongoing employment, he or she may request review of any suspension without pay for more than three (3) days or termination, by the City Manager. Any such request must be in writing and provided to the City Manager within two (2) weekdays (Monday through Friday, except holidays). The City Manager shall choose whether and to what extent such review shall occur. No such review shall stay the disciplinary action.*

As provided for in the policy, you may request the City Manager to review this termination. As stated above, any such request must be in writing and provided to the City Manager by 4:00 p.m. on Monday, April 17, 2017.

Any questions you have regarding your employment with the City should be directed to Mr. Glen Godwin, the City Human Resources Director.

We extend our best wishes for your success in the future.

Sincerely,

James K. Durr
Chief of Police

JKD:lr

Enclosures