# MURFREESBORO POLICE DEPARTMENT
## Decommission Notice

Decommissioned Officer: _____Alhafiz Karteron_____ PIN: _____███_____

Current Assignment: _Patrol 13:45 – 22:00_ RDO: ___Mon/Tues___

Date and Time: ___April 12, 2017___ 2:00

Supervisor: _Sergeant Justin Lemanski_ PIN: _____███_____

You are hereby relieved from regular duty effective _____April 12, 2017_____.

The following restrictions are being placed on you while being relieved from regular duty:

1. You will not bring any firearm onto any property owned or controlled by the City of Murfreesboro at any time;
2. You will not carry or display any duplicate badge or other identification indicating you are a police officer;
3. You will not wear the police uniform or represent yourself as a police officer in any situation;
4. You will not perform in any official law enforcement capacity except by subpoena, court order or as authorized by the Deputy Chief or the Chief of Police; and
5. You will not perform any police-related outside employment.

_____
Recommending Supervisor

April 12, 2017  2:00
Date and Time

I have been informed and understand the restrictions outlined in this notice.

_____
Decommissioned Officer's Signature

If the decommissioned officer is not available for a signature, explain the circumstances, and explain how the officer was notified of his or her decommissioning. _____

_____

_____

**For use when decommissioned by a supervisor other than the Chief of Police:**

You are to report to the office of the Chief of Police on:

_____N/A_____
(Date, time and alternative location, if applicable)

CC: Police Personnel Section
10 MAR 03

EXHIBIT
2