

*Police Department*
Craig Snider
Sergeant
Office of Professional Responsibility
(615) 849-2686
csnider@murfreesborotn.gov

MURFREESBORO

T E N N E S S E E

## MEMORANDUM

**TO:**      Chief Karl Durr

**FROM:**    Sergeant Craig Snider

**DATE:**    April 17, 2017

**SUBJECT:** OPR2017-007 Karteron

### Description of Alleged Violation:

On April 7, 2017, Mrs. Jane Williams called the Murfreesboro Police Department after finding out that we had hired a Alhafiz Karteron. Mrs. Williams advised that Mr. Karteron's ex-girlfriend (Brittany Shelton) used to work for her, and that it was her (Mrs. Williams) understanding that he had been arrested several years ago for an assault and the victim had to be flown to Vanderbilt Hospital for treatment. Per Mrs. Williams, Mr. Karteron served ninety (90) days in jail for the assault. Mrs. Williams also stated that Ms. Shelton had obtained an Order of Protection against Mr. Karteron for an incident involving a gun being found in Ms. Shelton's vehicle located on Middle Tennessee State University property sometime in 2011 or 2012.

### Rules and Regulation #:

Police Officers Standards and Training Commission (POST): Section 1110-02-03 (1) (d) which states "Full time commissioned law enforcement officers must not have been convicted of or pleaded guilty to or a plea of nolo contendere to any felony charge or to any violation of any federal or state laws or city ordinances relating to force, violence, theft, dishonesty, gambling, liquor and other alcoholic beverages or controlled substances".

## Summary of Facts:

### Middle Tennessee State University Police Report

On April 10, 2017, I obtained a police report (12-01319) from the Middle Tennessee State University Police Department dated November 06, 2016. The report (see file) states that an unknown caller reported on 2 different dates to have seen a female place a handgun in a vehicle parked on campus. On the second incident, Middle Tennessee State University Police located the alleged car that was owned by an employee Ms. Brittany Shelton. Ms. Shelton denied having placed a gun in her car and gave permission for a search of her vehicle. A loaded .380 caliber handgun was found under her seat. The investigation later determined that Ms. Shelton was unaware of the gun and had already been inside working when the unknown caller allegedly saw the gun being placed under the car seat. Ms. Shelton identified her ex-boyfriend Al-Hafiz Karteron as the probably suspect. Ms. Shelton did listen to the recorded unknown caller and she identified the person as a Juan Moreno who was a friend of Mr. Karteron. The report states that detectives attempted to interview Mr. Karteron, but he referred them to his attorney. No charges were filed, but Ms. Shelton did successfully obtain a full Order of Protection against Mr. Karteron after this incident.

### Brittany Shelton

On April 11, 2017, I spoke to Ms. Shelton by phone. She agreed to talk with me about Mr. Karteron only if it was made clear to him that she (Ms. Shelton) had not called the Murfreesboro Police Department to get him in trouble. Ms. Shelton confirmed the facts listed in the Middle Tennessee State Police Department report from 2012. During the Order of Protection hearing, Mr. Karteron denied planting the gun and the alleged caller (Juan Moreno) was never called to the stand. Ms. Shelton added that after she was granted the Order of Protection, she had no further problems with him, and that she nor their son have had any contact with him since 2013. Ms. Shelton added that Mr. Karteron was never physically abusive towards her.

I asked Ms. Shelton if Mr. Karteron had ever been arrested possibly for a fight where a person had to be flown to Vanderbilt Hospital for treatment. Ms. Shelton stated that she did know about the incident because she was present at the time and it had occurred at her home in Coffee County Tennessee sometime in 2008. Ms. Shelton advised that there had been a party and everyone was drinking alcohol. Her brother and another male (she did not remember his name) got into a fist fight which resulted in the unknown male being knocked out. Mr. Karteron then proceeded to stomp the unconscious male in the face and head. Ms. Shelton stated that the police were called and Mr. Karteron left before they (police) arrived. Her brother was arrested and Mr. Karteron was arrested a few weeks later. Ms. Shelton added that Mr. Karteron spent ninety (90) days in the Coffee County Jail.

## Agent Ryan Dalton

On April 12, 2017, I spoke with Agent Dalton with the Tennessee Bureau of Investigation. Agent Dalton stated that in 2008 he was the first Tullahoma officer on the scene. Agent Dalton stated he could not remember all the specifics, but did recall that when he first arrived he saw the victim laying in the yard covered in blood. Agent Dalton remembered thinking at the time that the victim was deceased. The resident Adam Shelton had become angry when he learned that the victim (later identified through my investigation as a Mathew J. Kelly) had urinated all over one of the bathrooms. Mr. Shelton along with two other subjects (later identified through my investigation as Cameron Greenway and Alhafiz Karteron) jumped the victim outside and proceeded to give him "an ass whipping". Agent Dalton could not recall who (suspects) did what, but Mr. Shelton gave him the names of the other two people involved. Agent Dalton stated that he charged everyone with aggravated assault, but there must have been a plea deal because there was never a trial, nor was there a hearing in General Sessions Court.

## Officer Al-Hafiz Karteron

On April 13, 2017, I spoke with Officer Karteron about the allegations made by Mrs. Jane Williams. Officer Karteron denied any involvement with the Middle Tennessee State University police report involving the handgun being found in his ex-girlfriend's car. Officer Karteron did confirm that he was involved in an altercation (see audio interview) in 2008 that lead to a subject being left unconscious in a yard. Officer Karteron along with three (3) other men were charged with aggravated assault which was pled down to simple assault in court. Officer Karteron stated that he served ninety (90) days in the Coffee County Jail as part of his plea and was placed on one (1) years' probation. Upon completing his probation, Officer Karteron successfully had his charge expunged.

## Documentary Evidence:

Coffee County Jail Booking Sheet 58578

Middle Tennessee State University Police Report 12-01319

NCIC statement showing an expired Protection Order on Alhafiz Karteron

Rutherford County Sheriff's Report 12110666050

Employee Notification of Complaint

Audio Interview with Officer Al-Hafiz Karteron

Garrity Warning

## Recommended Findings:

I believe that a preponderance of the evidence shows that Officer Karteron in 2008 did violate the laws of Tennessee which resulted in him being arrested for aggravated assault. The crime was of such a nature that it required the victim Matthew J. Kelly to be transported by helicopter to Vanderbilt University for treatment of his injuries. Because of this, Mr. Karteron violated Police Officers Standards and Training Commission (POST): Section 1110-02-03 (1) (d).

SEC 4-17-17

4-17-17

I concur 4-17-17
E due



City of
MURFREESBORO
TENNESSEE
... creating a better quality of life

# NOTICE OF ADMINISTRATIVE LEAVE

**TO:** Alhafiz Karteron

You are hereby placed on administrative leave with pay effective: **April 12, 2017.**

Your administrative leave shall last until **April 13, 2017.**

During your administrative leave you are to be available by telephone at the home telephone number, and by mail at the home mailing address, you have given Human Resources. If you will not be at that number and that address, you must provide a number and address to Human Resources where you can reliably be reached. You are subject to call and direction at any time during your administrative leave.

During your administrative leave you are not to be present:

_____X_____ at your normal workplace _____ at any City facility unless directed
to do so.

During your administrative leave you are not to use any City equipment, vehicles or uniforms.

Other instructions: **Report to Sergeant Craig Snider, OPR, on Thursday, April 13th, 2017 @ 9:00 a.m.**

Date: 4/12/17 _____ OR    Date: _____

_____
Department Head

_____
City Manager

Method(s) of Delivery: Hand__X__ U.S. Mail_____ Fax_____ Email _____

at ___302 S. Church St. MBoro Tn 37129___

I acknowledge receiving this Notice of Administrative Leave.

_____
Employee

___04/12/17___
Date

xc: Human Resources

5/2012

# MURFREESBORO POLICE DEPARTMENT
## Decommission Notice

Decommissioned Officer: ___Alhafiz Karteron___ PIN: ____ ███

Current Assignment: _Patrol 13:45 – 22:00_ RDO: ___Mon/Tues___

Date and Time: ___April 12, 2017___ 2:00

Supervisor: _Sergeant Justin Lemanski_ PIN: ____ ███

You are hereby relieved from regular duty effective ___April 12, 2017___.

The following restrictions are being placed on you while being relieved from regular duty:

1. You will not bring any firearm onto any property owned or controlled by the City of Murfreesboro at any time;
2. You will not carry or display any duplicate badge or other identification indicating you are a police officer;
3. You will not wear the police uniform or represent yourself as a police officer in any situation;
4. You will not perform in any official law enforcement capacity except by subpoena, court order or as authorized by the Deputy Chief or the Chief of Police; and
5. You will not perform any police-related outside employment.

_____
Recommending Supervisor

April 12, 2017  2:00
Date and Time

I have been informed and understand the restrictions outlined in this notice.

_____
Decommissioned Officer's Signature

If the decommissioned officer is not available for a signature, explain the circumstances, and explain how the officer was notified of his or her decommissioning. _____

_____

_____

_____

For use when decommissioned by a supervisor other than the Chief of Police:

You are to report to the office of the Chief of Police on:

___N/A___
(Date, time and alternative location, if applicable)

CC: Police Personnel Section
10 MAR 03



**Murfreesboro Police Department**
302 South Church Street
Murfreesboro, TN 37130
Phone 615-849-2686
Fax 615-848-3260

Supplemental Application
For Employment

I understand that completion of this form is a requirement for further consideration for a job with the Police Department of the City of Murfreesboro. I understand that all conditions applicable to my Application for Employment also apply to this Supplement. Specifically, I understand that I am authorizing the City to investigate all matters contained in this Supplement and am authorizing all other persons to discuss my responses with the City of Murfreesboro. I waive any privilege of privacy or confidentiality with regard to this information. I understand that no admission of criminal conduct contained in this Supplement will be the basis for criminal charges brought by the City of Murfreesboro. I understand that the misrepresentation or omission of facts in this Supplement may cause me not to be hired or, if hired, may at a later date cause me to be dismissed, suspended, or demoted. I understand that truthful responses may also cause me not to be hired. I will use additional sheets of paper as necessary to make all answers complete. By signing this Supplement, I am representing that all information is true, complete and correct to the best of my knowledge.

**MOTOR VEHICLES**

Have you ever had a driver's license issued by a state other than Tennessee? Yes ☑ No ☐

If yes, identify the state(s) and the dates of licensure. _Florida , Feb 2006 - Oct 2012_

Has your driver's license ever been suspended or revoked? If yes, provide details. Yes ☑ No ☐

_My driver's license was suspended because the state of Georgia did not forward proof of payment of a speeding ticket_

Have you been charged with any moving traffic violations (for example, speeding, reckless driving) since your eighteenth (18th) birthday? Yes ☑ No ☐

If yes, provide details. _I have recieved two speeding tickets both of which were in Georgia one was for 80 in a 70 March 2006 and the other 80 in a 70 June 2015_

**ALCOHOL**

Did you ever violate the laws as to the possession or consumption of alcoholic beverages before you were age 21? Yes ☑ No ☐

If yes, were you ever cited or charged for this conduct? Yes ☐ No ☑

If yes, provide details. _____

Have you ever driven a motor vehicle or a boat within two hours of consumption of an alcoholic beverage? Yes ☐ No ☑

If yes, have you ever violated applicable state laws as to operation of a vehicle under the influence of alcohol? Yes ☐ No ☐

If yes, provide details. _____  Yes ☐ No ☑

Have you ever violated laws applicable to the use of any illegal substance including but not limited to marijuana, cocaine, crack cocaine, heroin, LSD, meth or speed?  Yes ☐ No ☑

If yes, was such usage within the past five (5) years?  Yes ☐ No ☑

If yes, what age at the time of use, type of drug, how recently it was used, and the frequency of use? Provide details.

Have you ever violated laws applicable to the manufacture, purchase, possession, sale, distribution, or resale of any illegal substance including, but not limited to, marijuana, cocaine, crack cocaine, heroin, LSD, meth, or speed?  Yes ☐ No ☑

If yes, were you ever charged with such a violation?

If yes, provide details. _____  Yes ☐ No ☐

Have you ever been a member of a group or organization, or involved in any activity, which advocated or which practiced discrimination based on sex, race, religion, age, national origin or physical or mental disability?  Yes ☐ No ☑

If yes, describe by identifying the group or activity, the nature of the conduct, and the dates of your participation.

Have you ever received an oral or written reprimand or other form of discipline at school or any place of employment for harassing an individual or group because of sex, race, religion, age, national origin or physical or mental disability since you became 18 years old?  Yes ☐ No ☑

If yes, provide details. _____

Have you been cited or arrested since your eighteenth (18) birthday for any violation of law, excluding parking or traffic violations?  Yes ☐ No ☑

If yes, describe each citation or arrest, beginning with the most recent. For each citation or arrest, state: the date; the location or jurisdiction; the charge; and, the disposition of the charge, i.e., found not guilty, charge dismissed, plea of nolo contendere, plea of guilty, found guilty, etc. Your description should indicate whether the charge was for violation of a federal, state, or local law. State whether the charge(s) was a misdemeanor or a felony. Be certain to include any charge if violating a law relating to force, violence, theft, dishonesty or gambling.

_____ Applicant Signature

08/09/2016 Date