IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| Rodney Lynn Kilgore | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 1:26-cv-00086 |
| v. | ) | |
| | ) | |
| Town of Monteagle; Alhafiz Ibn Karteron; | ) | |
| Williams Raline; and Treva Baker | ) | |
| | ) | |
| Defendants | ) | |

---

**STIPULATION FOR EXTENSION OF TIME TO
FILE A RESPONSIVE PLEADING
E.D. TN. L. R. 12.1(a)**

---

The Plaintiff, Rodney Lynn Kilgore, and the Defendants, Town of Monteagle and William

Raline, hereby appear, by and through counsel, and announce to this Honorable Court that the

Town of Monteagle and William Raline shall be granted an extension of 14 days, through May 7,

2026, in which to file a responsive pleading to the Plaintiff's Complaint pursuant to E.D. TN. L.

R. 12.1(a).

Respectfully submitted this 13th day of April, 2026.


RODNEY LYNN KILGORE


By:     /s/ *Robin Flores*
        Robin Ruben Flores, BPR #20751
        4110-A Brainerd Road
        Chattanooga, TN 37411
        Telephone: (423) 267-1575
        *Attorney for Plaintiff*

1

TOWN OF MONTEAGLE
AND WILLIAM RALINE

By:    *s/Philip Aaron Wells*
        Philip Aaron Wells, BPR# 036248
        Spears, Moore, Rebman & Williams, PC
        601 Market St., Suite 400
        Chattanooga, TN    37402
        Telephone:    (423) 756-7000
        *Attorney for the Town of Monteagle*
        *and William Raline*

2