IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF
TENNESSEE AT CHATTANOOGA

| | | |
|---|---|---|
| RODNEY LYNN KILGORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:26-cv-00086 |
| v. | ) | |
| | ) | |
| TOWN OF MONTEAGLE, | ) | |
| ALHAFIZ IBN KARTERON, | ) | |
| WILLIAM RALINE, and TREVA. | ) | |
| BAKER, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION FOR EXTENSION OF TIME
## TO FILE A RESPONSIVE PLEADING
## E.D. TN. L. R. 12.1(a)

Defendant, Alhafiz Ibn Karteron, and Plaintiff, Rodney Lynn Kilgore, hereby appear,

by and through counsel, and announce to this Honorable Court that Alhafiz Ibn Karteron shall

be granted an extension of twenty-one (21) days, through May 20, 2026, in which to file a

responsive pleading to the Plaintiff's Complaint pursuant to E.D. TN. L. R. 12.1(a).

Respectfully submitted this 20th day of April, 2026.

Respectfully submitted,

MOORE, RADER & YORK, PC

By:/s/ *Wade Blair*
DANIEL H. RADER, IV, BPR #025998
WADE BLAIR, BPR #038822
46 N. Jefferson Ave.
Cookeville, TN 38501
Telephone: (931) 526-3311
*Attorneys for Defendant*
*Alhafiz Ibn Karteron*

By:/*s/Robin Ruben Flores by Wade Blair w/permission*
ROBIN RUBEN FLORES / BPR #20751
4110-A Brainerd Rd.
Chattanooga, TN 37411
Phone: (423)267-1575
*Attorney for Plaintiff*
*Rodney Lynn Kilgore*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed electronically on April 20, 2026. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or Email. Parties may access this filing through the Court's electronic filing system.

This the 20th day of April, 2026.

MOORE, RADER AND YORK, P. C.

By s/Wade Blair, BPR No. 038822
WADE BLAIR