# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE, CHATTANOOGA

RODNEY LYNN KILGORE, )
)
    Plaintiff, )
)
vs. )
) No. 1:26-cv-00086-CEA-MJD
TOWN OF MONTEAGLE, ) JURY TRIAL DEMANDED
ALHAFIZ IBN KATERON, )
WILLIAM RALINE and )
TREVA BAKER )
)
    Defendants. )

## ANSWER

Comes Defendant, **TREVA BAKER** ("Defendant Baker") or ("this Defendant") and for answer to the Complaint filed against her, says:

## FIRST DEFENSE

The Complaint fails to state a claim against Defendant Baker upon which relief can be granted.

## SECOND DEFENSE

1. It is admitted that this is an action in which the Plaintiff seeks a redress for alleged violation of rights secured to him under the United States Constitution. It is denied that Defendant Baker was guilty of any misconduct in any manner whatsoever that violated any rights secured to the Plaintiff under the United States Constitution and denies any allegation contained in Paragraph 1 of the Complaint inconsistent therewith.

2. It is denied that Defendant Baker is or ever was a government official or acted under color of state law with any interaction she may have had with the Plaintiff at any time. It is further denied that Defendant Baker caused Plaintiff to be subjected to the deprivation of any

rights, privileges or amenities secured to him by the Constitution and laws of the United States of America in her individual capacity. Accordingly, it is denied that Defendant Baker has any liability to the Plaintiff under 42 U.S.C. §1983. It is denied that Defendant Baker is a proper party under this or any other action brought under 42 U.S.C. §1983. All allegations contained in Paragraph 2 of the Complaint inconsistent with the foregoing are denied.

3. It is admitted that Plaintiff is seeking damages against the Defendants in this action. It is denied that Defendant Baker is guilty of any act or omission constituting a violation of the Plaintiff's constitutional rights. All allegations contained in Paragraph 3 of the Complaint inconsistent with the foregoing are denied.

4. It is admitted that the Complaint attempts to assert claims against Defendant Baker governed under state law. It is denied that Defendant Baker was guilty of any act or omission or any conduct in any manner whatsoever giving rise to an action in favor of Plaintiff under the laws of the State of Tennessee. All allegations contained in Paragraph 4 of the Complaint inconsistent with the foregoing are denied.

5. It is admitted that Plaintiff seeks compensatory, nominal and punitive damages against the Defendants in their individual capacities. It is denied that Defendant Baker was guilty of any act or omission or any conduct in any manner whatsoever entitling Plaintiff to recover any compensatory, nominal or punitive damages against her. All allegations contained in Paragraph 5 of the Complaint inconsistent with foregoing are denied.

6. It is admitted that this Court has jurisdiction over Plaintiff's alleged claims for relief predicated upon 42 U.S.C. §1983. It is denied that Defendant Baker is or ever was a government official or acted under color of state law with any interaction she may have had with the Plaintiff at any time. It is denied that Defendant Baker is a proper party under this or any

2

other action brought under 42 U.S.C. §1983. It is denied that Defendant Baker was guilty of any conduct toward the Plaintiff that violated 42 U.S.C. §1983. All allegations contained in Paragraph 6 of the Complaint inconsistent with foregoing are denied.

7. It is admitted that this Court has supplemental jurisdiction over Plaintiff's alleged state law claims pursuant to 28 U.S.C. §1367. It is denied that Defendant Baker was guilty of any act or omission or any conduct whatsoever giving rise to a cause of action against her under the laws of the State of Tennessee. All allegations contained in Paragraph 7 of the Complaint inconsistent with foregoing are denied.

8. It is admitted that venue is proper in this Court.

9. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of the Complaint.

10. The allegations contained in Paragraph 10 of the Complaint do not pertain to this Defendant and no response is required of her. To the extent a response is required, this Defendant states that she has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint.

11. The allegations contained in Paragraph 11 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent a response is required, this Defendant states that she has insufficient information to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint.

12. The allegations contained in Paragraph 12 do not pertain to this Defendant and, accordingly, no response is required of her. To the extent a response is required, this Defendant states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint.

13. The allegations contained in Paragraph 13 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, this Defendant states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 of the Complaint.

14. The allegations contained in Paragraph 14 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is or may be required, this Defendant would state that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14.

15. The allegations contained in Paragraph 15 of the Complaint do not pertain to this Defendant and no response is required of her. To the extent that a response is required, this Defendant admits the allegations contained in the first sentence of Paragraph 15 but does not have knowledge or sufficient information to form a belief as to the truth of the allegations contained in the second sentence of Paragraph 15.

16. The allegations contained in Paragraph 16 of the Complaint do not pertain to this Defendant and no response is required of her. To the extent that a response is required, this Defendant does not have knowledge or sufficient information to form a belief as to the truth of the allegations contained in the second sentence of Paragraph 16.

17. All allegations contained in Paragraph 17 of the Complaint are denied.

18. The allegations contained in Paragraph 18 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, this Defendant does not have knowledge or sufficient information to form a belief as to the truth of the allegations contained in the second sentence of Paragraph 18.

19. The allegations contained in Paragraph 19 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, this Defendant does not have knowledge or sufficient information to form a belief as to the truth of the allegations contained in the second sentence of Paragraph 19.

20. The allegations contained in Paragraph 20 of the Complaint do not pertain to this Defendant and no response is required of her. To the extent that a response is required, this Defendant does not have knowledge or sufficient information to form a belief as to the truth of the allegations contained in the second sentence of Paragraph 20.

21. The allegations contained in Paragraph 21 of the Complaint state bare legal duties or legal conclusions with no underlying facts and, accordingly, do not require a response. To the extent a response is required, Defendant Baker denies that she violated any of Plaintiff's constitutional rights and further denies that she was guilty of any act or omission or conduct in any manner that caused an infliction of emotional stress upon the Plaintiff.

22. Paragraph 22 does not contain any factual allegations requiring a response from this Defendant other than to state that (i) she was never a governmental employee or official and never acted in any official capacity at any time relevant to the subject matter of this Complaint; and (ii) she never at any time violated any of Plaintiff's constitutional rights or engaged in any conduct whatsoever giving rise to a cause of action in favor of the Plaintiff in her individual capacity.

23. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of the Complaint.

5

24.     Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of the Complaint.

25.     Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 of the Complaint.

26.     Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of the Complaint.

27.     Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of the Complaint.

28.     Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 of the Complaint.

29.     Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 of the Complaint.

30.     Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 30 of the Complaint.

31.     The allegations contained in Paragraph 31 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her.  To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of the Complaint.

32.     The allegations contained in Paragraph 32 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her.  To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of the Complaint.

33. The allegations contained in Paragraph 33 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of the Complaint.

34. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of the Complaint.

35. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of the Complaint.

36. The allegations contained in Paragraph 36 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of the Complaint.

37. The allegations contained in Paragraph 37 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 of the Complaint.

38. The allegations contained in Paragraph 38 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 of the Complaint.

39. The allegations contained in Paragraph 39 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is

7

required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 of the Complaint.

40. The allegations contained in Paragraph 40 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 of the Complaint.

41. The allegations contained in Paragraph 41 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 of the Complaint.

42. The allegations contained in Paragraph 42 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 of the Complaint.

43. The allegations contained in Paragraph 43 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 of the Complaint.

44. The allegations contained in Paragraph 44 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 of the Complaint.

45. The allegations contained in Paragraph 45 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of the Complaint.

46. The allegations contained in Paragraph 46 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 of the Complaint.

47. The allegations contained in Paragraph 47 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of the Complaint.

48. The allegations contained in Paragraph 48 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of the Complaint.

49. Defendant Baker states does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of the Complaint.

50. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of the Complaint.

51. Admitted.

52. Denied.

53. Denied.

9

54. The allegations contained in Paragraph 54 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 of the Complaint.

55. It is denied that Baker made a false claim to Deputy Chance Ladd of the Marion County Sheriff's Department; accordingly, the allegations contained in Paragraph 55 of the Complaint are denied.

56. This Defendant is not a lawyer and therefore does not knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of the Complaint.

57. It is denied that this Defendant made a false claim regarding the Plaintiff and, accordingly, the allegations contained in Paragraph 57 of the Complaint are denied.

58. The only claim of a false statement alleged to have been made by Defendant Baker was that she told Deputy Chance Ladd that the Plaintiff "approached Baker and 'scared' Baker." Defendant Baker would show that this was a true statement of fact. Since Defendant Baker did not make a false statement to Deputy Ladd, there was no false statement on her part to correct. All allegations contained in Paragraph 58 of the Complaint inconsistent with the foregoing are denied.

59. The allegations contained in Paragraph 59 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 of the Complaint.

60. The allegations contained in Paragraph 60 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 of the Complaint.

61. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 of the Complaint.

62. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 of the Complaint.

63. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 of the Complaint.

64. The allegations contained in Paragraph 64 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 of the Complaint.

65. The allegations contained in Paragraph 65 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 of the Complaint.

66. The allegations contained in Paragraph 66 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 of the Complaint.

67. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 of the Complaint.

68. The allegations contained in Paragraph 68 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 of the Complaint.

69. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 of the Complaint.

70. The allegations contained in Paragraph 70 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 of the Complaint.

71. The allegations contained in Paragraph 71 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 of the Complaint

72. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 of the Complaint.

73. The allegations contained in Paragraph 73 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 of the Complaint.

74. The allegations contained in Paragraph 74 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 of the Complaint.

75. The allegations contained in Paragraph 75 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 of the Complaint.

76. The allegations contained in Paragraph 76 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 of the Complaint.

77. The allegations contained in Paragraph 77 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 of the Complaint.

78. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 of the Complaint.

79. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 of the Complaint.

80. The allegations contained in Paragraph 80 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is

required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 of the Complaint.

81. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 of the Complaint.

82. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 of the Complaint.

83. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 of the Complaint.

84. The allegations contained in Paragraph 84 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 of the Complaint.

85. The allegations contained in Paragraph 85 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 of the Complaint.

86. The allegations contained in Paragraph 86 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 of the Complaint.

87. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 of the Complaint.

14

88. Defendant Baker's answers, responses and objections set forth in Paragraphs 1 through and including 87 hereinabove are adopted and incorporated herein by reference.

89. Admitted.

90. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 of the Complaint.

91. The allegations contained in Paragraph 91 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 of the Complaint.

92. The allegations contained in Paragraph 92 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 of the Complaint.

93. The allegations contained in Paragraph 93 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 of the Complaint.

94. The allegations contained in Paragraph 94 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 of the Complaint.

95. The allegations contained in Paragraph 95 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is

15

required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 of the Complaint.

96. The allegations contained in Paragraph 96 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 of the Complaint.

97. The allegations contained in Paragraph 97 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 of the Complaint.

98. The allegations contained in Paragraph 98 simply state the damages being sought against other Defendants and do not pertain to this Defendant.

99. The allegations contained in Paragraph 99 simply state the damages being sought against other Defendants and do not pertain to this Defendant. 100. Defendant Baker's responses set forth in Paragraphs 1 through and including 99 hereinabove are adopted and incorporated herein by reference as fully as if set recited verbatim.

101. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 of the Complaint.

102. The allegations contained in Paragraph 102 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 of the Complaint.

16

103. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 of the Complaint.

104. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 of the Complaint.

105. The allegations contained in Paragraph 105 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 of the Complaint.

106. The allegations contained in Paragraph 106 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 of the Complaint.

107. The allegations contained in Paragraph 107 simply state the damages being sought against other Defendants and do not pertain to this Defendant.

108. The allegations contained in Paragraph 108 simply state the damages being sought against other Defendants and do not pertain to this Defendant.

109. Defendant Baker's responses set forth in Paragraphs 1 through and including 108 hereinabove are adopted and incorporated herein by reference as fully as if set recited verbatim.

110. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 of the Complaint.

111. The allegations contained in Paragraph 111 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is

17

required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 111 of the Complaint.

112. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 112 of the Complaint.

113. The allegations contained in Paragraph 113 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 113 of the Complaint.

114. The allegations contained in Paragraph 114 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 114 of the Complaint.

115. The allegations contained in Paragraph 115 simply state the damages being sought against other Defendants and do not pertain to this Defendant.

116. The allegations contained in Paragraph 116 simply state the damages being sought against other Defendants and do not pertain to this Defendant.

117. The answers, responses, averments and objections set forth in Paragraph 1 through 116 hereinabove are herein now adopted and incorporated herein by reference as fully as if recited verbatim.

118. Admitted.

119. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 119 of the Complaint.

18

120.   The allegations contained in Paragraph 120 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her.  To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 120 of the Complaint.

121.   The allegations contained in Paragraph 121 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her.  To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 121 of the Complaint.

122.   Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 122 of the Complaint.

123.   The allegations contained in Paragraph 123 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her.  To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 123 of the Complaint.

124.   The allegations contained in Paragraph 124 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her.  To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 124 of the Complaint.

125.   The allegations contained in Paragraph 125 simply state the damages being sought against other Defendants and do not pertain to this Defendant.

126.   The allegations contained in Paragraph 126 simply state the damages being sought against other Defendants and do not pertain to this Defendant.

19

127. Defendant Baker's responses set forth in Paragraphs 1 through and including 126 hereinabove are adopted and incorporated herein by reference as fully as if set recited verbatim.

128. The allegations contained in Paragraph 128 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 128 of the Complaint.

129. The allegations contained in Paragraph 129 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 129 of the Complaint.

130. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130 of the Complaint.

131. The allegations contained in Paragraph 131 simply state the damages being sought against other Defendants and do not pertain to this Defendant.

132. The allegations contained in Paragraph 132 simply state the damages being sought against other Defendants and do not pertain to this Defendant.

133. Defendant Baker's responses set forth in Paragraphs 1 through and including 132 hereinabove are adopted and incorporated herein by reference as fully as if set recited verbatim.

134. The first sentence of Paragraph 134 is admitted. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in the second sentence of Paragraph 134 of the Complaint.

135. Denied.

136. Denied.

20

137.    It is denied that Plaintiff is entitled to a Judgment against Defendant Baker in the amount asserted in Paragraph 137 of the Complaint or in any amount.

138.    It is denied that Plaintiff is entitled to recover punitive damages against Defendant Baker in the amount recited in Paragraph 138 of the Complaint or in any amount.

139.    Defendant Baker's responses set forth in Paragraphs 1 through and including 138 hereinabove are adopted and incorporated herein by reference as fully as if set recited verbatim.

140.    Admitted.

141.    Defendant Baker denies that she made any false statements to obtain a no contact order that prevented Plaintiff from attending any meeting of the Board. All allegations contained in the first sentence of Paragraph 141  of the Complaint inconsistent with the foregoing are denied. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in the second sentence of Paragraph 141  of the Complaint.

142.    Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 of the Complaint.

143.    The allegations contained in Paragraph 143 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her.  To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 of the Complaint

144.    The allegations contained in Paragraph 144 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her.  To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 of the Complaint.

21

145. The allegations contained in Paragraph 145 simply state the damages being sought against other Defendants and do not pertain to this Defendant.

146. The allegations contained in Paragraph 146 simply state the damages being sought against other Defendants and do not pertain to this Defendant.

147. Defendant Baker's responses set forth in Paragraphs 1 through and including 146 hereinabove are adopted and incorporated herein by reference as fully as if set recited verbatim.

148. The allegations contained in Paragraph 148 of the Complaint insofar as they pertain to her.

149. It is denied that Plaintiff is entitled to recover compensatory or punitive damages from Defendant Baker in the amount set forth in Paragraph 149 of the Complaint or in any amount.

150. Defendant Baker's responses set forth in Paragraphs 1 through and including 149 hereinabove are adopted and incorporated herein by reference as fully as if set recited verbatim.

151. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 151 of the Complaint.

152. The allegations contained in Paragraph 152 simply state the damages being sought against other Defendants and do not pertain to this Defendant.

153. Defendant Baker's responses set forth in Paragraphs 1 through and including 152 hereinabove are adopted and incorporated herein by reference as fully as if set recited verbatim.

154. The allegations contained in Paragraph 154 of the Complaint are denied insofar as the pertain to Defendant Baker do not pertain to this Defendant and, accordingly, no response is required of her.

22

155. The allegations contained in Paragraph 155 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 155 of the Complaint.

156. The allegations contained in Paragraph 156 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 of the Complaint.

157. Defendant Baker does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157 of the Complaint.

158. It is denied that Plaintiff is entitled to a Judgment against Defendant Baker in the amount asserted in Paragraph 158 or in any amount.

159. Defendant Baker's responses set forth in Paragraphs 1 through and including 158 hereinabove are adopted and incorporated herein by reference as fully as if set recited verbatim.

160. Denied.

161. The allegations contained in Paragraph 161 of the Complaint do not pertain to this Defendant and, accordingly, no response is required of her. To the extent that a response is required, Defendant Baker states that she does not have knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 161 of the Complaint.

162. It is denied that Plaintiff is entitled to a Judgment against Defendant Baker in the amount asserted in Paragraph 162 or in any amount.

23

102. All allegations contained in the Complaint which have not been admitted, denied, explained or otherwise treated hereinabove are here and now specifically denied as though set out verbatim.

## THIRD DEFENSE

With regard to the claims asserted against Defendant Baker under the Tennessee common law, Defendant Baker relies on and asserts all statutory limits on damages, including, but not limited to, the caps placed on compensatory damages pursuant to Tenn. Code Ann. §29-39-102 and punitive damages pursuant to Tenn. Code Ann. §104 and/or other provisions of the Tennessee Civil Justice Act of 2011 relating to any defenses, jury instructions and/or other limitations upon liability or damages contained in the Tennessee Civil Justice Act of 2011 or elsewhere in the law.

## FOURTH DEFENSE

It is denied that Defendant Baker was guilty of any act, omission or conduct of any kind whatsoever giving rise to a claim of punitive damages in favor of Plaintiff.

## FIFTH DEFENSE

It is denied that Defendant Baker was guilty of any act, omission or conduct of any kind whatsoever that violated any right of the Plaintiff under the United States Constitution, including, but not limited to, the First and Fourth Amendments.

## SIXTH DEFENSE

It is denied that Defendant Baker was guilty of any act, omission or conduct of any kind whatsoever constituting a violation of the Plaintiff's civil rights under color of law giving rise to a claim under 42 U.S.C. §1983.

24

**SEVENTH DEFENSE**

It is denied that Defendant Baker was guilty of any malicious conduct in any manner whatsoever.

Wherefore and for all of which, it is denied that the Plaintiff is entitled to the relief sought or any relief against Defendant Baker and prays that the Complaint filed against her be dismissed at the cost of the Plaintiff.

Respectfully Submitted,

**HULL, RAY, RIEDER, LANE & HUFFER, P.C.**

BY: /s/ *William C. Rieder*
**WILLIAM C. RIEDER, BPR# 5709**
214 N.E. Atlantic Street
P.O. Box 878
Tullahoma, TN 37388
(931) 455-5478
bill.rieder@hrrell.com
Attorney for Defendant, Treva Baker\

\

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing Notice of Appearance has been served upon the following parties of record via email transmission and regular mail:

Mr. Robin Ruben Flores
4110-A Brainerd Rd
Chattanooga, TN 37411
robin@robinfloreslaw.com

Mr. Wade C. Blair
Moore Rader & York, PC
46 N. Jefferson Ave.
Cookeville, TN 38501
wade@moorerader.com

25

Mr. Aaron Wells
Spears, Rebman
Moore & Williams, P.C.
601 Market St., Suite 400
Chattanooga, TN 37402
awells@smrw.com

this 22 day of April 2026.

/s/        *William C. Rieder*
**WILLIAM C. RIEDER**

_____