LAW OFFICES

## HULL, RAY, RIEDER, LANE & HUFFER, P.C.
(A PROFESSIONAL CORPORATION)

THOMAS M. HULL (1930 - 2010)
DONALD J. RAY (Retired)
WILLIAM C. RIEDER
JAMES D. LANE, II.(Retired)
MATTHEW Z. HUFFER

214 N.E. ATLANTIC STREET
P. O. BOX 878
TULLAHOMA, TN 37388
TEL (931) 455-5478
FAX (931) 455-6148

Email: bill.rieder@hrrell.com

April 22, 2026

United States District Court Clerk
Eastern District of Tennessee
Joel W. Solomon Federal Bldg.
United States Courthouse
900 Georgia Ave.
Chattanooga, TN 37402

**RECEIVED**

APR 27 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Re:   **Rodney Lynn Kilgore v. Town of Monteagle, Alhafiz Ibn Kateron, William Raline and Treva Baker; USDC, ED TENN: 1:26-cv-00086-CEA-MJD**

Dear Clerk of Court:

This will confirm my telephone conversation with a Deputy Clerk on April 22, 2026, in which I advised that, due to technical difficulties, I was unable to file any pleadings on the PACER service. This will confirm that I was instructed to mail the pleadings to this office.

In accordance with the above-referenced telephone conversation, I have enclosed for filing the following:

1.  Notice of Appearance for Defendant, Treva Baker and

2.  Answer of Defendant, Treva Baker.

Thank you for your assistance in this regard.

Very truly yours,

WILLIAM C. RIEDER

WCR:pc

Enclosures

Cc:   Mr. Robin Ruben Flores (via U.S. Mail and email)
Mr. Wade C. Blair (via U.S. Mail and email)
Mr. Aaron Wells (via U.S. Mail and email)

**WILLIAM C. RIEDER**
Hull, Ray, Rieder, Lane & Huffer, P.C.
214 N.E. Atlantic Street
PO Box 878
Tullahoma, Tennessee 37388

United States District Court Clerk
Eastern District of Tennessee
Joel W. Solomon Federal Bldg.
United States Courthouse
900 Georgia Ave.
Chattanooga, TN 37402



FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 37388
02 7H
0006087269

$ 003.00⁰

APR 22 2026