**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| RODNEY LYNN KILGORE, | ) | |
| | ) | Case No. 1:26-cv-86 |
| *Plaintiff*, | ) | |
| | ) | Judge Atchley |
| v. | ) | |
| | ) | Magistrate Judge Dumitru |
| TOWN OF MONTEAGLE, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**<u>ORDER</u>**

The parties are hereby **ORDERED** to confer and develop a discovery plan in accordance with Fed. R. Civ. P. 26(f). The parties' discovery plan must comply in all material respects with Fed. R. Civ. P. 26(f)(3). The parties must file a written report outlining the discovery plan **no later than 21 days from the date of this Order**.

The parties' written report **SHALL** propose at least three agreed dates for the commencement of trial and state the anticipated length of the trial.[1] The proposed dates must be no less than 13 months and no more than 16 months from the date of this Order. Should the parties agree that more or less time is needed to prepare the case for trial, the written report **MUST** explain the reasons for their requested trial dates. While trials are ultimately set at the Court's discretion, the parties' proposed dates will generally be accommodated absent a conflict.

At the Rule 26(f) conference, the parties shall discuss the possibility of settlement. The parties shall indicate in their report filed with the Court whether they believe settlement to be likely, unlikely, or unknown. The report should state the anticipated length of trial.

---

[1] Trials are set on Tuesdays at 9:00 a.m. ET. A standard case timeline, sample scheduling order, and other judicial preferences are available at https://www.tned.uscourts.gov/content/charles-e-atchley-jr-united-states-district-judge.

The parties are on notice that a United States magistrate judge is available to conduct all proceedings in this case and to order the entry of a final judgment pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. Counsel for all parties are instructed to discuss with their clients the possibility of consenting to the exercise of a magistrate judge's authority in this action. Should all parties consent, every effort will be made to schedule the trial promptly before the magistrate judge. The magistrate judges do not have to delay civil cases for felony trials; therefore, firm trial dates are more likely in the event that the parties consent. A notice and consent form is available at http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. The parties may jointly return this form to effect consent.

After the parties have filed their Rule 26(f) report, the Court will enter a scheduling order pursuant to Fed. R. Civ. P. 16, in which it specifies a trial date and all relevant pretrial deadlines. Absent a subsequent order to the contrary, no scheduling conference will be conducted. However, the Court may convene a scheduling conference upon any party's motion or if the Court believes it necessary.

The parties are **ON NOTICE** that failure to comply with the terms of this Order may result in the imposition of sanctions pursuant to Fed. R. Civ. P. 16(f).

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**