# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### CHATTANOOGA

| | | |
|---|---|---|
| RODNEY LYNN KILGORE, | § | |
| | § | |
| *Plaintiff,* | § | No. 1:26-cv-86-CEA-MJD |
| | § | |
| ~v~ | § | |
| | § | **JURY TRIAL DEMANDED** |
| TOWN OF MONTEAGLE, | § | |
| | § | |
| ALHAFIZ IBN KARTERON, | § | |
| | § | |
| WILLIAM RALINE, and | § | |
| | § | |
| TREVA BAKER, | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF PLAINTIFF'S SERVICE OF
## INITIAL DISCLOSURES UNDER RULE 26(a)(1)

Plaintiff Rodney Lynn Kilgore ("Plaintiff"), by and through undersigned counsel, notifies the parties and the Court that on June 22, 2026, he delivered his initial disclosures to counsel for the Defendants

By: /s/ Robin Ruben Flores
**ROBIN RUBEN FLORES**
**TENN. BPR #20751**
**GA. STATE BAR #200745**
Counsel for Plaintiff
4110-A Brainerd Road
Chattanooga, Tennessee 37411
423. 267.1575 / fax 267.2703
robin@robinfloreslaw.com

~ 1 ~

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of this document to the Defendants via CM/ECF on the date and time noted on the service receipt.

Wade Cameron Blair, Esq. wade@moorerader.com
Daniel H. Rader, IV, Esq. danny@moorerader.com
William C. Rieder, Esq. bill.rieder@hrrell.com
Arron Wells, Esq. awells@smrw.com

Date: June 22, 2026                              /s/ Robin Ruben Flores

~ 2 ~